1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  JOHN PRUETT SR., as legal heir to          Case No. CV 08 1057
12  JODIE GERALDINE PRUETT, deceased,
                                                DEMAND FOR JURY TRIAL
13              Plaintiff,

14       v.

15  GLAXOSMITHKLINE, a Pennsylvania
    corporation, and McKESSON,
16
                Defendants.
17

19       Defendants SMITHKLINE BEECHAM CORPORATION dba
20  GLAXOSMITHKLINE (incorrectly sued as GLAXOSMITHKLINE, a Pennsylvania
21  Corporation) and McKESSON CORPORATION hereby demand trial by jury in this
22  action.

23  Dated: February 21, 2008                DRINKER BIDDLE & REATH LLP

25                                          KRISTA L. COSNER

26                                          Attorneys for Defendants
                                            SMITHKLINE BEECHAM
27                                          CORPORATION dba
                                            GLAXOSMITHKLINE and McKESSON
28                                          CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395630\1       DEMAND FOR JURY TRIAL                          CASE NO.