DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUETT SR., as legal heir to JODIE GERALDINE PRUETT, deceased,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE, a Pennsylvania corporation, and McKESSON,<br><br>Defendants. | Case No. CV-08 1057<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br>**[CIV. L.R. 3-13]** |

Pursuant to Civil L.R. 3-13, defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE (incorrectly sued as GLAXOSMITHKLINE, a Pennsylvania Corporation) ("GSK") and McKESSON CORPORATION ("McKesson") submit the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, directing that then-pending Avandia®-related cases be transferred and coordinated for pretrial proceedings in the United States District Court for the Eastern

District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C. §1407. To date, nearly 50 cases have been transferred to MDL 1871, and transfers of additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL 1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court stay this action, pending a decision on transfer by the JPML, to achieve judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

Please take note that, in addition to MDL 1871, the following state court actions also allege marketing, sales practice and/or product liability claims against Smithkline Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug Avandia:

1. *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, No. 000521.

2. *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003877

3. *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San Francisco County, No. 08-471571.

4. *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712

5. *Hunter, Raymond v. GlaxoSmithKline, SmithKline Beecham Corporation, and GlaxoSmithKline PLC*, Court of Common Pleas, Philadelphia County, No. 000574;

6. *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Supreme Court of the State of New York, Erie County, No. 12007-11066

7. *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC,*

Court of Common Pleas, Philadelphia County, No. 004897;

8.  *Larson, Paul, Larson Mary (Estate of) v. GlaxoSmithKline, PLC, et al.*, Marion County Superior Court, State of Indiana, No. 49D050712 CT 054365

9.  *Lloyd, Linda, Lloyd, Michael (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Third Judicial Circuit, Salt Lake County, Utah, Case No. 070913924;

10. *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004431;

11. *Mitchell, F.C., et al. v. GlaxoSmithKline Corporation, McKesson Corporation and Does 1-50*, California Superior Court, Sacramento County, No. 34-2008-00000449-CU-PO-GDS;

12. *Odierna, Camille v. SmithKline Beecham Corporation, SmithKline Beecham Corporation d/b/a GlaxoSmithKline PLC, and GlaxoSmithKline PLC*, Supreme Court of the State of New York, Nassau County, No. 07-021754;

13. *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of Common Pleas, Philadelphia County, No. 001670;

14. *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;

15. *Pruett Sr., John, as legal heir to Jodie Geraldine Pruett v. GlaxoSmithKline Corporation and McKesson*, California Superior Court, San Francisco County, No. CGC-08-472061;

16. *Rader, Rickey on behalf of himself and all others similarly situated v. GlaxoSmithKline, PLC and GlaxoSmithKline USA*, Marion County Superior Court, State of Indiana, No. 49D130712 CT 053223

17. *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002457;

18. *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court

1  of Common Pleas, Philadelphia County, No. 004010;

2      19.   *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation*

3  *d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;

4      20.   *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and*

5  *SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas,

6  Philadelphia County, No. 003674; and

7      21.   *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation,*

8  *GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court

9  of Common Pleas, Philadelphia County, No. 004055.

Dated: February 21, 2008

DRINKER BIDDLE & REATH LLP

/s/ Krista L. Cosner
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395634\1

NOTICE OF PENDENCY OF OTHER ACTION

4

CASE NO.