1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7



8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION

11 JOHN PRUETT SR., as legal heir to          Case No. 08  1057
   JODIE GERALDINE PRUETT, deceased,
12                                            DEFENDANTS' CERTIFICATION OF
13              Plaintiff,                    INTERESTED ENTITIES OR
                                              PERSONS
14     v.                                     [CIV. L.R. 3-16]

15 GLAXOSMITHKLINE, a Pennsylvania
   corporation, and McKESSON,
16
                Defendants.
17

18

19
        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
20
   persons, associations of persons, firms, partnerships, corporations (including parent
21
   corporations) or other entities (i) have a financial interest in the subject matter in
22
   controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
23
   subject matter or in a party that could be substantially affected by the outcome of this
24
   proceeding:
25
        Defendant, SMITHKLINE BEECHAM CORPORATION dba
26
   GLAXOSMITHKLINE (incorrectly sued as GLAXOSMITHKLINE, a Pennsylvania
27
   Corporation) is a wholly owned subsidiary of GlaxoSmithKline plc, the ultimate parent
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395633\1   DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS           CASE NO.

1  corporation.

2      Defendant McKESSON CORPORATION knows of no such interest other than
3  that of the named parties.

4

5  Dated: February 21, 2008

                                                          DRINKER BIDDLE & REATH LLP

                                                          KRISTA L. COSNER

                                                          Attorneys for Defendants
                                                          SMITHKLINE BEECHAM
                                                          CORPORATION dba
                                                          GLAXOSMITHKLINE and McKESSON
                                                          CORPORATION

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395633\1

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS           CASE NO.