```
1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7
```

*ORIGINAL FILED FEB 21 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

*MEJ*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

**CV 08 1057**

| | |
|---|---|
| JOHN PRUETT SR., as legal heir to JODIE GERALDINE PRUETT, deceased,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE, a Pennsylvania corporation, and McKESSON,<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF McKESSON CORPORATION**<br>**[F.R.C.P. 7.1]** |

The undersigned, counsel of record for Defendant MCKESSON CORPORATION furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

MCKESSON CORPORATION, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, MCKESSON CORPORATION. No publicly held company owns ten percent or more of the stock of MCKESSON CORPORATION.

///

///

///

1  Dated: February 21, 2008                    DRINKER BIDDLE & REATH LLP

                                               /s/ Krista L. Cosner
                                               KRISTA L. COSNER

                                               Attorneys for Defendants
                                               SMITHKLINE BEECHAM
                                               CORPORATION dba
                                               GLAXOSMITHKLINE and McKESSON
                                               CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395631\1                DISCLOSURE STATEMENT OF MCKESSON                         CASE NO.

                                                2