DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUETT SR., as legal heir to JODIE GERALDINE PRUETT, deceased,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE, a Pennsylvania corporation, and McKESSON,<br><br>Defendants. | Case No. CV 08 1057<br><br>**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**<br>[F.R.C.P. 7.1] |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, (incorrectly sued as GLAXOSMITHKLINE, a Pennsylvania Corporation) ("GSK") furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, GSK. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

///

///

1
2  Dated: February 21, 2008         DRINKER BIDDLE & REATH LLP
3
4                                                /s/ Krista L. Cosner
                                                 KRISTA L. COSNER
5
                                        Attorneys for Defendants
6                                       SMITHKLINE BEECHAM
                                        CORPORATION dba
7                                       GLAXOSMITHKLINE and McKESSON
                                        CORPORATION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395632\1

2

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                             CASE NO.