ORIGINAL
FILED

FEB 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

E-filing

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEJ
CV 08 1057

| | |
|---|---|
| JOHN PRUETT SR., as legal heir to JODIE GERALDINE PRUETT, deceased,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE, a Pennsylvania corporation, and McKESSON,<br><br>Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395676\1

CERTIFICATE OF SERVICE                                         CASE NO.

## CERTIFICATE OF SERVICE

I, LEE ANN L. ALLDRIDGE, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California, 94105, Telephone: (415) 591-7500.

On February 21, 2008, I caused to be served the following document(s):

1. **CIVIL CASE COVER SHEET;**

2. **NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;**

3. **DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(b) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;**

4. **DISCLOSURE STATEMENT OF GLAXOSMITHKLINE [F.R.C.P. 7.1];**

5. **DISCLOSURE STATEMENT OF McKESSON CORPORATION [F.R.C.P. 7.1];**

6. **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16];**

7. **DEMAND FOR JURY TRIAL; and**

8. **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13]**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

1  ☐   BY FACSIMILE: I caused such documents to be transmitted by facsimile
2      transmission and mail as indicated above.

3
    Thomas V. Girardi
4   KIRARDI & KEESE
    1126 Wilshire Boulevard
5   Los Angeles, CA 90067
    (213) 977-0211
6
    **Attorneys for Plaintiff**
7
        I declare under penalty of perjury under the laws of the United States of America
8   that the above is true and correct.

9       Executed on February 21, 2008 at San Francisco, California.

10
                                                    _____
11                                                  LEE ANN L. ALLDRIDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395677\1