DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PRUETT SR., as legal heir to JODIE GERALDINE PRUETT, deceased<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE, a Pennsylvania Corporation, McKESSON,<br><br>Defendants. | Case No. CV-08-01057 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 28, 2008

DRINKER BIDDLE & REATH LLP

/S/ *Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION
dba GLAXOSMITHKLINE and McKESSON
CORPORATION