ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants.<br><br>***And related actions as listed in Attachment A.*** | Case No. CV-07-05886 MHP<br>CV-07-05887 MHP<br>CV-07-05888 MHP<br>CV-07-05889 MHP<br>CV-07-05890 MHP<br>CV-07-05891 MHP<br>CV-07-06050 MHP<br>CV-07-06328 MHP<br>CV-08-01057 MHP<br>CV-08-01131 MHP<br>CV-08-01297 MHP<br>CV-08-01506 MHP<br>CV-08-01598 MHP<br>CV-08-01620 MHP<br>CV-08-01752 MHP<br>CV-08-01753 MHP<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel of record in this action:

1
2   ALAN J. LAZARUS (State Bar No. 129767)
    KRISTA L. COSNER (State Bar No. 213338)
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, California 94105
    Telephone: (415) 591-7500
5   Facsimile: (415) 591-7510
    Alan.Lazarus@dbr.com
6   Krista.Cosner@dbr.com

7
    The following attorney is no longer counsel of record in this action:
8
        DONALD F. ZIMMER, JR. (State Bar No. 112279)
9       Donald.Zimmer@dbr.com

10

11
    Dated: May 14, 2008                    DRINKER BIDDLE & REATH LLP
12

13                                         /s/ Alan J. Lazarus
                                           ALAN J. LAZARUS
14
                                           Attorneys for Defendants
15                                         SMITHKLINE BEECHAM
                                           CORPORATION dba
16                                         GLAXOSMITHKLINE and McKESSON
                                           CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

***Attachment A***

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-07-05887 MHP;

3. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8. *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9. *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01057 MHP;

10. *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01131 MHP;

11. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01297 MHP;

12. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba

1  *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2      13.   *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3  *et al.,* Case No. CV- 08-01598-MHP;

4      14.   *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5  *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6      15.   *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7  *et al.,* Case No. CV-08-01752 MHP;

8      16.   *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9  *et al.,* Case No. CV-08-01753 MHP.