JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2008

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAR 28 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4-1-08
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

C 08-1057 MHP

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 86 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 28 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA NORTHERN
   CAN  3  08-1057              John Pruett, Sr., etc. v. GlaxoSmithKline, et al.
   ~~CAN  3  08-1131~~              ~~Mohinder Khanna v. SmithKline Beecham Corp., et al.~~
                              Opposed 3/28/08

NEW YORK EASTERN
   NYE  1  08-702                Patricio R. Mamot v. GlaxoSmithKline Pharmaceutical Co.

NEW YORK SOUTHERN
   NYS  1  08-1247              Hampleton Hicks v. SmithKline Beecham Corp., et al.
   NYS  1  08-1248              Carl Rian v. SmithKline Beecham Corp., et al.
   NYS  1  08-1249              Catherine Lambert v. SmithKline Beecham Corp., et al.

OHIO NORTHERN
   OHN  1  08-398                Kathryn Lee Neige, et al. v. SmithKline Beecham Corp.

TENNESSEE EASTERN
   TNE  3  08-10                 Arnold Bailey v. GlaxoSmithKline, Inc., et al.
   TNE  3  08-59                 Pamela Gail Ward, etc. v. SmithKline Beecham Corp.

TEXAS SOUTHERN
   TXS  4  08-435                Stephanie Woods, et al. v. GlaxoSmithKline, Inc., et al.

UTAH
   UT   2  08-146                Linda Lloyd, et al. v. SmithKline Beecham Corp.

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

April 1, 2008

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA  94102-3489

        RE:    MDL 1871
                   ADVANDIA MARKETING, SALES
                   PRACTICES AND PRODUCTS

Dear Clerk:

    Enclosed is a copy of the conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

    **We will extract the case file and/or documents we require through the pacer website. You will not be required to forward any documents to our district unless directed other wise.**

    If you have any questions, please call me at (267 299-7018.

                                                                             Very truly yours,

                                                                             MICHAEL E. KUNZ
                                                                             Clerk of Court


                                                                             By:_____
                                                                             Sharon Carter, Deputy Clerk

civ625.frm (revised June 2007)