**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

May 23, 2008

United States District Court
for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

RE: CV 08-01057 MHP  JOHN PRUETT SR-v-GLAXOSMITHKLINE
   In Re: MDL 1871 Advandia Marketing Sales Practices and Products

Dear Clerk,

   Pursuant to MDL Order transferring the above captioned case to your court, please access the electronic case file through CM/ECF System.

                              Sincerely,
                              RICHARD W. WIEKING, Clerk

                              *[signature]*

                              by: <u>Gina Agustine-Rivas</u>
                              Case Systems Administrator

Enclosures
Copies to counsel of record